AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

Valerie Gonzales; Maria Salazar

*Plaintiff(s)*

v.

City of Austin

*Defendant(s)*

Civil Action No. 15-cv-956 SS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Austin
Mayor Steve Adler
Office of the Mayor
301 W. Second St.
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rebecca Bernhardt and Susanne Pringle, Texas Fair Defense Project, 510 S. Congress Ave., Suite 208, Austin, TX 78704; Ranjana Natarajan and Trisha Trigilio, University of Texas School of Law Civil Rights Clinic, 727 East Dean Keeton Street, Austin, TX 78705; Joseph S. Grinstein and Neal Manne, Susman Godfrey LLP, 1000 Louisiana Street, Suite 5100, Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: October 27, 2015



*Signature of Clerk or Deputy Clerk*