IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

VALERIE GONZALES and,
MARIA SALAZAR
              **Plaintiffs,**

-vs-                                          Case No. A-15-CA-0956-SS

CITY OF AUSTIN,
              **Defendant.**

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-captioned matter, and specifically "Defendant's Motion to Dismiss" [#8] filed on November 17, 2015, and both "Plaintiffs' Opposed Motion for Class Certification" [#4] filed October 27, 2015, and thereafter enters the following:

On December 8, 2015, a new Plaintiff, Karian Harris, filed a First Amended Complaint. This pleading was in response to Defendant's Motion to Dismiss and pending Motion for Class Certification.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss [#8] filed November 17, 2015, is DISMISSED without prejudice to refiling or re-urging if Defendant's counsel is satisfied that it responds to the First Amended Complaint.

The Plaintiffs' Opposed Motion for Class Certification is DISMISSED as named Plaintiffs Valerie Gonzales and Maria Salazar are no longer the named Plaintiffs in this alleged class action.

SIGNED this the 23rd day of December 2015.

                                                        /s/ Sam Sparks
                                                   UNITED STATES DISTRICT JUDGE