IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION





KARIAN HARRIS, On Behalf of Herself and All
Others Similarly Situated,
                    Plaintiff,

-vs-                                                                 Case No. A-15-CA-956-SS

CITY OF AUSTIN,
                    Defendant.

### ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court entered an order in the above-styled cause DISMISSING WITHOUT PREJUDICE all claims in this case for failure to state a claim upon which relief may be granted.

Accordingly,

IT IS ORDERED, ADJUDGED, and DECREED that the above-styled cause is DISMISSED WITHOUT PREJUDICE. All costs are taxed against the plaintiff, for which let execution issue.

SIGNED this the 15th day of March 2016.

```
                                          Sam Sparks
                                    SAM SPARKS
                                    UNITED STATES DISTRICT JUDGE
```

956 ood ba.frm

